UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CRAIG A. JACKSON,

    Plaintiff,

v.                                    Case No. 5:21-cv-231-TKW/MJF

GUILFORD, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Because Plaintiff has failed to pay the initial partial filing fee, failed to prosecute this action, and failed to comply with orders of the court, the undersigned respectfully recommends that this action be dismissed without prejudice.

On January 24, 2022, the undersigned assessed an initial partial filing fee of $44.49. Doc. 6. The undersigned provided Plaintiff until April 14, 2022, to submit the initial partial filing fee and warned Plaintiff that failure to comply with the order and pay the fee likely would result in dismissal of this case. *Id.*; Doc. 8. Plaintiff has not complied with the order and has not responded to the show cause order issued by the undersigned on May 3, 2022. Doc. 9.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1.     the District Court **DISMISS** this case without prejudice for Plaintiff's failure to comply with orders of this court, failure to prosecute, and failure to pay

the initial partial filing fee;[1] and

    2.    the clerk of court be directed to close this case file.

At Pensacola, Florida, this <u>8th</u> day of June, 2022.

                              /s/ *Michael J. Frank*
                              **Michael J. Frank**
                              **United States Magistrate Judge**

### NOTICE TO THE PARTIES

**The district court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters.** *See* **N.D. Fla. Loc. R. 72.2(C);** *see also* **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); *Wilson v. Sargent*, 313 F.3d 1315, 1320-21 (11th Cir. 2002) (noting that courts may dismiss a prisoner's case for failing to pay the initial partial filing fee after issuing an order to show cause); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").